## 65673. STEVENS v. KILLIAN.

CARLEY, Judge.
After a thorough review of the record in the above styled case, it clearly appears to the court that the issues sought to be asserted have become moot and that, therefore, this court is without jurisdiction over the appeal. *Cagle v. PMC Devel. Co.,* 233 Ga. 583 (212 SE2d 765) (1975).

*Appeal dismissed. Deen, P. J., and Banke, J., concur.*

DECIDED JUNE 29, 1983.

*Lucinda Stevens,* pro se.
*Michael J. Bowers, Attorney General,* for appellee.